IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bolden, Patricia  M | Case Number:  04 B 38527 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  10/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  May 22, 2008
Confirmed:  December 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,950.00 | |
| Secured: | | 3,809.44 |
| Unsecured: | | 2,918.38 |
| Priority: | | 0.00 |
| Administrative: | | 905.00 |
| Trustee Fee: | | 409.83 |
| Other Funds: | | 907.35 |
| Totals: | 8,950.00 | 8,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 905.00 | 905.00 |
| 2. | General Motors Acceptance Corp | Secured | 1,394.06 | 1,394.06 |
| 3. | General Motors Acceptance Corp | Secured | 7,194.34 | 2,415.38 |
| 4. | ECast Settlement Corp | Unsecured | 146.59 | 1,465.88 |
| 5. | Specialized Management Consultants | Unsecured | 19.25 | 192.51 |
| 6. | ECast Settlement Corp | Unsecured | 462.36 | 0.00 |
| 7. | Col/Debt Collection Systems | Unsecured | 0.00 | 0.00 |
| 8. | Naresh Upadhyay MD | Unsecured | 50.00 | 500.00 |
| 9. | Michael Reese Hospital | Unsecured | 81.07 | 759.99 |
| 10. | General Motors Acceptance Corp | Unsecured | 67.22 | 0.00 |
| 11. | Advocate Trinity Hospital | Unsecured | 46.43 | 0.00 |
| 12. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 13. | Spiegel | Unsecured | | No Claim Filed |
| 14. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 15. | Midwest Neoped Association | Unsecured | | No Claim Filed |
| 16. | Harris Bank | Unsecured | | No Claim Filed |
| 17. | Jolly C Anand MD | Unsecured | | No Claim Filed |
| 18. | National City Bank | Unsecured | | No Claim Filed |
| 19. | Oswald V Mowatt MD | Unsecured | | No Claim Filed |
| 20. | Tapas Dasgupta MD | Unsecured | | No Claim Filed |
| 21. | RIVER NORTH FAMILY | Unsecured | | No Claim Filed |
| 22. | Amit Vyas MD SC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,366.32 | $ 7,632.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bolden, Patricia M | Case Number: 04 B 38527 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 10/15/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 49.40 |
| 4% | 25.20 |
| 3% | 18.90 |
| 5.5% | 104.22 |
| 5% | 41.75 |
| 4.8% | 59.81 |
| 5.4% | 110.55 |
|  | _____ |
|  | $ 409.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

